## 29570.   ALLEN v. THE STATE.

GARDNER, J.   This case is controlled by the decision in *Allen* v. *State*, ante, 304.   The records in the two cases are the same in every respect, except that a different person procured a similar alleged loan in this case.

*Judgment reversed.   Broyles, C. J., concurs.   MacIntyre, J., concurs in the result, but not in all that is said in the opinion.*

DECIDED APRIL 25, 1942.

## 29594.  YORK v. THE STATE.

DECIDED APRIL 25, 1942.